1

2

3

4

5             IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   DAVID J. CATALDO,

9        Plaintiff,                    1:06-CV- 1788 AWI SMS PC

10

11       vs.                          ORDER RE: FINDINGS &
                                       RECOMMENDATIONS (#16)
12

13  JAMES YATERS, et al.,

        Defendants.
14
    _____/
15

16

17         Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter

18  was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

19  Rule 72-302.

20         On January 4, 2008, findings and recommendations were entered, recommending

21  dismissal of this action for failure to obey a court order.  Plaintiff was provided an opportunity to

22  file objections within thirty days.  Plaintiff has not filed objections to the findings and

23  recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule

25  73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the

26  entire file, the court finds the findings and recommendations to be supported by the record and

1

1  proper analysis.

2          Accordingly, THE COURT HEREBY ORDERS that:

3          1.  The Findings and Recommendations issued by the Magistrate Judge on

4  January 4, 2008, are adopted in full; and

5          2.  This action is dismissed without prejudice for failure to obey a court order.

6  The Clerk is directed to close this case.

7

8  IT IS SO ORDERED.

9  **Dated:    February 25, 2008**                          **/s/ Anthony W. Ishii**
                                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26